AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 8:23-MJ-00052 | 1/25/2023 @ 9:30 AM | inside vehicle |

Inventory made in the presence of: _____

Inventory of the property taken and name of any person(s) seized:

(1) Apple Laptop Computer with s/n CØ2DDMY6P3XY
(1) BMAX Laptop Computer with s/n 9642A2Ø35ØØ135
(1) BLU Cell phone without serial number
(1) GPS tracking device with IMEI Ø15Ø58ØØ9ØØØ82Ø
(1) WD hard Drive with s/n WX11A47RSRP4
(1) 16GB SanDisk ultra S/N BL2Ø3435300 6Y
(1) Black Samsung Cell phone with Cracked Screen IMEI 355358111909688
(1) Cannon Digital Camera s/n 252Ø23ØØ1Ø39 with SD Card s/n BP211715 36 31Y
(4) Photos of victim with handwritten notes

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/25/2023

_Executing officer's signature_

SA Kevin Corrigan
_Printed name and title_